In the Matter of the Arbitration between TRIMOUNT CLOTHING COMPANY, INC., Appellant, and SIDNEY BLUMENTHAL & Co., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *post,* p. 813.]

■

JACOB IMBERMAN et al., Respondents, v. HENRY M. ALEXANDER et al., Defendants, and EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [203 Misc. 576.] [See *post,* p. 745.]

■

In the Matter of the Arbitration between PETROLEOS MEXICANOS, Respondent, and SOUTHEASTERN OIL DELAWARE, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *post,* p. 745.]

■

In the Matter of PHILSTREIT REALTY CORP., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

■

SOPHIE KALISH, Respondent, v. LOUIS KALISH, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

■

In the Matter of CHARLES F. KENNY, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, and as the Temporary State Housing Rent Commission, et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

■

ALOIS VICHEREK, as President of the Czechoslovak Red Cross, an Unincorporated Association, Appellant, v. JAN PAPANEK et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents Jan Papanek and the Attorney-General of the State of New York. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.